# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RANDOLF PINKARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| R & S AUTO SALES, LLC; RODERICK | ) |
| CALLINS; CREDIT ACCEPTANCE | ) |
| CORPORATION; and FICTITIOUS | ) |
| DEFENDANTS Nos. 1 through 10, | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

**COMES NOW** defendant R & S Auto Sales, LLC, by and through its counsel, Ida Tyree Hyche, and hereby joins in and consents to defendant Credit Acceptance Corporation's removal of this case from the Circuit Court of Jefferson County, Alabama, Birmingham Division, to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully executed and submitted this 18th day of June, 2014.

/s/ Ida Tyree Hyche
Ida Tyree Hyche
Tyree Hyche & Dixon, LLC
1820 7th Avenue North, Suite 105
Birmingham, AL 35203

Attorney for R & S Auto Sales, LLC

20984260 v1

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDOLF PINKARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| R & S AUTO SALES; RODERICK CALLINS; CREDIT ACCEPTANCE CORPORATION; and FICTITIOUS DEFENDANTS Nos. 1 through 10, | ) Case No. _____ |
| | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

**COMES NOW** defendant Roderick Callins, by and through his counsel, Ida Tyree Hyche, and hereby joins in and consents to defendant Credit Acceptance Corporation's removal of this case from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully executed and submitted this 18th day of June, 2014.

/s/ Ida Tyree Hyche
Ida Tyree Hyche
Tyree Hyche & Dixon, LLC
1820 7th Avenue North, Suite 105
Birmingham, AL 35203

Attorney for Roderick Callins

20984186 v1