FILED
2014 Nov-04 PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RANDOLF PINKARD**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-01163-JHE |
| **R & S AUTO SALES; RODERICK CALLINS; CREDIT ACCEPTANCE CORPORATION; and FICTITIOUS DEFENDANTS Nos. 1 through 10,** | ) |
| Defendants. | ) |

### JOINT MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

**COME NOW** Plaintiff Randolf Pinkard ("Plaintiff") and Defendants Credit Acceptance Corporation, R&S Auto Sales, and Roderick Callins (hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, and hereby jointly move this Court to compel the above-styled matter to arbitration pursuant to a governing contractual arbitration agreement and to stay these proceedings pending the outcome of said arbitration. In support thereof, Plaintiff and Defendants state as follows:

1. Plaintiff's claims against Defendants in the above-styled matter are covered by the arbitration provision contained within the December 4, 2013 Retail Installment Contract attached hereto as Exhibit "A."

21656831 v1

2. Plaintiff and Defendants agree that Plaintiff's claims against Defendants in the above-styled matter should be submitted to arbitration with the American Arbitration Association pursuant to the aforementioned agreement.

3. Plaintiff and Defendants agree that Plaintiff's claims against Defendants should be stayed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Randolf Pinkard and Defendants Credit Acceptance Corporation, R&S Auto Sales, and Roderick Callins jointly and respectfully move this Court to enter the proposed Order attached hereto as Exhibit "B," which compels the above-styled matter to arbitration and stays these proceedings pending the outcome of said arbitration.

Respectfully submitted this 4th day of November, 2014.

/s/ Michael E. Parrish
Michael E. Parrish
Thomas C. Donald

**PARRIS & THEUS, LLC**
1707 29th Court South
P.O. Box 590067
Birmingham, AL 35259-0067
Telephone: (205) 326-0026
mike.parrish@parrish-theus.com

**LAW OFFICE OF THOMAS C. DONALD, LLC**
1707 29th Court South
Birmingham, AL 35209
Telephone: (205) 985-2309
cdonald@donaldlawfirm.com

Attorneys for Plaintiff
RANDOLF PINKARD


*/s/ E. Jordan Teague*
Matthew T. Mitchell
E. Jordan Teague

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (204) 458-5110
mmitchell@burr.com
jteague@burr.com

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION


*/s/ Ida Tyree Hyche*
Ida Tyree Hyche
TYREE HYCHE & DIXON, LLC
1820 Seventh Avenue North
Suite 105
Birmingham, Alabama 35203
Telephone: (205) 458-0041
Facsimile: (205) 458-0015
tyree@thdlegal.com

Attorney for Defendants
R&S AUTO SALES & RODERICK CALLINS