FILED
2014 Nov-04 PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

21657287 v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RANDOLF PINKARD**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:14-cv-01163-JHE |
| **R & S AUTO SALES; RODERICK CALLINS; CREDIT ACCEPTANCE CORPORATION; and FICTITIOUS DEFENDANTS Nos. 1 through 10,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the Court on the Joint Motion to Compel Arbitration and Stay Proceedings filed by Plaintiff Randolf Pinkard ("Plaintiff") and Defendants Credit Acceptance Corporation, R&S Auto Sales, and Roderick Callins (hereinafter referred to collectively as "Defendants"). Upon due consideration, the Court finds that the motion is well-taken, and the same is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that all claims asserted by Plaintiff in the above-styled matter against Defendants are hereby compelled to arbitration.

The above-styled matter, including all discovery associated therewith, is hereby STAYED pending the outcome of arbitration.

Done this ___ day of _____, 2014.

_____
HONORABLE JUDGE JOHN H. ENGLAND